FRANK GARIBALDI ET AL. *v.* ZONING BOARD OF APPEALS OF THE CITY OF NORWALK ET AL.

The motion by the plaintiffs for a review by this court of the trial court's rectification of the appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Jules Lang,* in support of the motion.

Submitted December 1—decided December 15, 1970

WILLIAM S. PITT, JR. *v.* GEORGE BOSSERT ET AL.

The motion by the third party defendant to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Bruce E. Stern,* for the appellee (third party defendant David Katz and Sons, Inc.).

*Warren W. Eginton,* for the appellant (third party plaintiff John L. Senior, Jr.).

Argued January 5—decided January 5, 1971

CHARLES GUGLIELMINO *v.* HERBERT S. NELSON

The motion by the plaintiff to dismiss the appeal from the Superior Court in New Haven County is granted.

*Donald G. Walsh,* for the appellee (plaintiff).

*David M. Reilly, Jr.,* for the appellant (defendant).